# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:18-CR-143** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **EDWIN GABRIEL RAMOS-REYES,** | : | |
| Defendant | : | |

## **ORDER**

Before the Court is the Government's Motion (Doc. 91) to Dismiss the Indictment as it relates to the defendant in the above captioned matter. The Motion is based on the interests of justice. Rule 48(a) of the Federal Rules of Criminal Procedure allows the Government to dismiss an Indictment with leave of Court.

Accordingly, this 2nd day of October, 2018, it is hereby ORDERED that the Government's Motion (Doc. 91) to Dismiss Indictment, as it relates to Defendant Edwin Gabriel Ramos-Reyes, is GRANTED.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania